Philip Hano Company, Inc., Appellee, v. Central Metallic Casket Company, Inc., Appellant.

Gen. No. 42,443. 

opinion filed May 10, 1943. Robert C. Hardy, for appellant; Teller, Levit & Silver-trust, for appellee. Opinion by PRESIDING JUSTICE MATCHETT. ''Not to be published in full.''